IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TERESE MARIE MEADOWS                                                                           PLAINTIFF
ADC #707979

v.                                              1:17CV00056-JM-JJV

MICHAEL RICHARSON,
Captain of Security, McPherson Unit; *et al.*                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Dispositions submitted by United States Magistrate Judge Joe J. Volpe (ECF Nos. 12 and 14). No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Dispositions should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.     Plaintiff is allowed to proceed on her excessive force claims, and her related claims regarding treatment of those injuries, against Defendants Richarson, Ward, Huges, Baisa, Bledsoe, and Bummgartener.

2.     Plaintiff's deliberate indifference claim regarding treatment of her hepatitis C is DISMISSED from this action without prejudice.

3.     Defendants Correct Care Solutions and Does are DISMISSED from this action without prejudice.

4.     Plaintiff's Motion for Injunctive Relief (ECF No. 9) is DENIED.

5.     The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations would not be taken in good faith.

1

DATED this 23rd day of October, 2017.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE