IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TERESE MARIE MEADOWS                                                               PLAINTIFF
ADC #707979

v.                              1:17CV00056-JM-JJV

MICHAEL RICHARSON,
Captain of Security, McPherson Unit; *et al.*                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Clerk amend the docket to reflect the full and correct names of Defendants Michael Richardson, Mark Ward, Joseph Hughes, Judy Baiza, and Debby Baumgarner. (Doc. Nos. 19 at 1, 21 at 1.)

2. The ADC Defendants' Motion for Summary Judgment (Doc. No. 39) is GRANTED, Plaintiff's claims against them are DISMISSED without prejudice for failure to exhaust administrative remedies, and Defendants Richardson and Ward are dismissed from this cause of action.

3. The Medical Defendants' Motion for Partial Summary Judgment (Doc. No. 46) is GRANTED IN PART and DENIED IN PART:

   A. The Motion is granted to the extent Plaintiff's claims against Defendant

1

Baumgarner are DISMISSED without prejudice for failure to exhaust administrative remedies, and she is dismissed from this cause of action. Plaintiff's claims against Defendants Hughes and Baiza are limited to the incidents raised in the exhausted grievances.

   B.  The Motion is denied to the extent Plaintiff's claim against Defendant Bledsoe is allowed to proceed but limited to the incident grieved in MCP17-00556.

 4.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations would not be taken in good faith.

DATED this 26th day of February, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE