# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

TERESE MARIE MEADOWS                                                    PLAINTIFF
ADC #707979

v.                                          1:17cv00056-JM

MICHAEL RICHARDSON, Captain
of Security, McPherson Unit; *et al.*                                   DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections filed on December 7, 2018. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      Defendants' Motion for Summary Judgment (Doc. No. 71) is GRANTED.

2.      Plaintiff's inadequate medical care claim against Defendants Hughes, Baiza, and Bledsoe is DISMISSED with prejudice.

3.      Plaintiff's motion for an update from the Court (Doc. No. 75) and motion for counsel (Doc. 77) are DENIED.

3.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations and the accompanying Judgment would not be taken in good faith.

DATED this 13th day of December 2018.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE