# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

TERESE MARIE MEADOWS                                                                           PLAINTIFF
ADC #707979

v.                                             1:17cv00056-JM

MICHAEL RICHARDSON, Captain
of Security, McPherson Unit; *et al.*                                                          DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

DATED this 13th day of December 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE